# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:19-cr-271-TFM-B |
| ) | |
| JON-MICHAEL MURRAY RATLIFF ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On December 18, 2019, the Defendant Jon-Michael Murray Ratliff, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 14) charging a violation of Title 18, United States Code, Section 2113(a), Bank Robbery.  *See* Doc. 24.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 27.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **March 19, 2020 at 3:00 p.m.** under separate Order.

**DONE** and **ORDERED** this 8th day of January, 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE